# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 11-CV-00564-RPM-KMT**

**Wendy R. Baker**

    **Plaintiff,**

**v.**

**Colorado & Wyoming Railway Company**

    **Defendant.**

---

## ORDER OF REMAND

---

Upon review of Defendant Colorado & Wyoming Railway Company's Unopposed Motion to Remand [3] filed March 9, 2011, it is

ORDERED that the above titled action is remanded to the District Court for the City and County of Denver, Colorado.

Dated this 10th day of March, 2011.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge